UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated*, | |
| Plaintiff, | |
| v. | |
| CITY BREW TOURS NYC LLC, | |
| Defendant. | |

```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC#:                            │
│ DATE FILED: 4/29/2020            │
└─────────────────────────────────┘
```

20-CV-2073 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On April 2, 2020, the Court granted Defendant's request for a 60-day extension to respond to Plaintiff's complaint.  Dkt. 8.  In that same order, the Court reminded the parties that, pursuant to its March 11, 2020 Order, Dkt. 5, the parties were to file a joint letter by April 27, 2020 requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference, which may take place over the phone in light of COVID-19.  To date, the Court has not received that letter.  No later than **May 8, 2020**, the parties shall submit this joint letter.  If the parties need additional time to confer, they shall file a letter requesting an extension and informing the Court when they believe they can file this joint letter.

SO ORDERED.

Dated:   April 29, 2020
         New York, New York

RONNIE ABRAMS
United States District Judge